IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

\* \* \* \* \* \*

| | | |
|---|---|---|
| PHILLIP D. BROWN, | ) | |
| | ) | CASE NO: 25-cv-923-JPG |
| Plaintiff, | ) | **MINUTES OF COURT** |
| | ) | |
| vs. | ) | DATE: 12/11/2025 |
| | ) | |
| | ) | |
| ANSON FENTON, ET AL., | ) | PLACE: Benton, IL |
| | ) | |
| Defendants. | ) | |

PRESENT:  **HONORABLE J. PHIL GILBERT, U. S. DISTRICT JUDGE**

DEPUTY CLERK: Tina Gray          COURT REPORTER: Saralyn Hicks Britt

COUNSEL FOR PLAINTIFF(S): Pro Se

COUNSEL FOR DEFENDANT(S):  Valery Paige Clark Strawn

MINUTE ORDER IN CHAMBERS ( ):

PROCEEDING:  Motion Hearing

TIME: 5 minutes

All parties as noted are present in open court with exception of Plaintiff.

This matter is before the Court on a Motion for Extension of Time filed by the Defendants.

Plaintiff failed to appear; case is dismissed for want of prosecution.

Order to follow.