UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PHILLIP D. BROWN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANSON FENTON, and<br>JUSTIN TITZER<br><br>　　　　Defendants. | Case No. 25-cv-00923-JPG |

## MEMORANDUM AND ORDER

　　　　This case is before the Court after Plaintiff Phillip Brown failed to prosecute his case. On November 19, 2025, Defendant Anson Fenton filed a Motion for Extension of Time (Doc. 20). The motion indicated that counsel for Defendant Fenson, Ms. Strawn, had attempted to reach Plaintiff by telephone on multiple occasions but had been unsuccessful in reaching him. The Court set the motion for hearing on December 11, 2025, and ordered the parties to appear in person. At the hearing, Defendant Fenton appeared with Ms. Strawn. Plaintiff failed to appear. Ms. Strawn indicated that she had still not been able to contact Plaintiff. Accordingly, the Court DISMISSES this case without prejudice for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b) and its inherent authority to manage its docket. *See In re Bluestein & Co.*, 68 F.3d 1022, 1025 (7th Cir. 1995). It DENIES as moot Defendant Fenton's Motion to Dismiss (Doc. 18) and Motion for Extension of Time (Doc. 20).

**IT IS SO ORDERED.**
**DATED**:　December 11, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　s/ J. Phil Gilbert_____
　　　　　　　　　　　　　　　　　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**