UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PHILLIP D. BROWN,

    Plaintiff,

  v.

ANSON FENTON, and
JUSTIN TITZER,

    Defendants.

Case No. 25-cv-00923-JPG

## JUDGMENT

This matter having come before the Court and the plaintiff having failed to prosecute his claims,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: December 11, 2025**　　　　　　　　**MONICA A. STUMP, Clerk of Court**

　　　　　　　　　　　　　　　　　　　　　**s/Tina Gray, Deputy Clerk**

**Approved:**　　s/ J. Phil Gilbert
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**United States District Judge**